## 17691. KENT v. THE STATE.

A conviction of transporting intoxicating liquor was authorized.

DECIDED DECEMBER 14, 1926.

Transporting intoxicating liquor; from city court of Millen—Judge Woodrum. September 16, 1926.

*J. A. Dixon, H. A. Boykin,* for plaintiff in error.

*E. G. Weathers, solicitor,* contra.

LUKE, J. Kent was convicted of violating the prohibition statute, and his case is here for review upon the single assignment of error that the evidence does not authorize the verdict (the other assignments of error having been abandoned). There being some evidence to authorize the defendant's conviction, and that conviction having the approval of the trial judge, it was proper to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

Criminal Law, 16 C. J. p. 1180, n. 74; 17 C. J. p. 252, n. 16; p. 271, n. 41.